(No. 6334

Licata Moving and Storage Company, Claimant, *vs.* State of Illinois, Department of Public Aid, Respondent.

*Opinion filed August 3, 1972.*

Licata Moving and Storage Company, Claimant, pro se.

William J. Scott, Attorney General; Edward L. S. Arkema, Jr., Assistant Attorney General, for Respondent.

Perlin, C.J.